# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

## CASE NO.: 1:18-CV-02979

STEVEN HIRSCH,

    Plaintiff,

v.

WORLDNETDAILY.COM, INC.,

    Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff STEVEN HIRSCH by and through his undersigned counsel, brings this Complaint against Defendant WORLDNETDAILY.COM, INC. for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff STEVEN HIRSCH ("HIRSCH"), brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Hirsch's original copyrighted works of authorship.

2. Hirsch is based in New York's East Village and his work has appeared in numerous publications including The New York Times, The Wall Street Journal. The Paris Review, New York Review of Books, Paris Match, Time, Wired, Vice, Print, The Huffington Post, The Atlantic and Stern. He has taught at the International Center of Photography, The New School, Parsons School of Design, The School of Visual Arts, New York University and Pratt Institute.

3. Defendant WORLDNETDAILY.COM, INC. ("Worldnetdaily.com") owns and operates an entertainment news website at the URL: www.wnd.com (the "Website").

4. Hirsch alleges that Worldnetdaily.com copied Hirsch's copyrighted Work from the internet in order to advertise, market and promote its business activities. Worldnetdaily.com committed the violations alleged in connection with Worldnetdaily.com's business for purposes of advertising and promoting sales to the public in the course and scope of Worldnetdaily.com's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in the District of Columbia.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

9. Worldnetdaily.com, Inc. is a foreign business corporation duly organized and existing under the laws of the state of Delaware, with its principal place of business at 2020 Pennsylvania Ave NW #351, Washington, DC, 20006 , and can be served by serving its Registered Agent, Incorp Services, Inc., 1090 Vermont Avenue NW, Suite 910, Washington, DC, 20005.

## THE COPYRIGHTED WORKS AT ISSUE

10. In 2016, Hirsch created two Works entitled "Hirsch_ Yasmin Seweid2, 12/14/16.jpg" and "Hirsch_ Yasmin Seweid7, 12/14/16.jpg," which are shown below and referred to herein as the "Works".

11. Hirsch registered the Works with the Register of Copyrights on January 10, 2017 and was assigned the registration number VA 2-037-138. The Certificate of Registration is attached hereto as Exhibit 1.





12.     At all relevant times Hirsch was the owner of the copyrighted Works at issue in this case.

## INFRINGEMENT BY DEFENDANT

13.     On or about December 15, 2016, Worldnetdaily.com ran an article on the Website titled *Whoa! Now Muslim 'attack' faker sports shaved head.* See URL https://www.wnd.com/2016/12/whoa-now-muslim-attack-faker-sports-shaved-head/. The article prominently featured the Works.  A true and correct copy of the article is attached hereto as Exhibit 2.

14. Worldnetdaily.com created a link to share the article with one of the Works on their social media website Facebook. See URL https://www.facebook.com/sharer/sharer.php?u=https%3A%2F%2Fwww.wnd.com%2F2016%2F12%2Fwhoa-now-muslim-attack-faker-sports-shaved-head%2F%23sjCydT5dbzrq1M4k.01. The Work was further distributed by Worldnetdaily.com throughout the internet by the continued sharing via social media. A true and correct copy of the Work as it appeared on Facebook is attached hereto as exhibit 3.

15. Worldnetdaily.com has never been licensed to use the Works at issue in this action for any purpose.

16. On a date after the Works at issue in this action were created, but prior to the filing of this action, Worldnetdaily.com copied the Works.

17. Worldnetdaily.com copied Hirsch's copyrighted Works without Hirsch's permission.

18. After Worldnetdaily.com copied the Works. it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its entertainment news website.

19. Worldnetdaily.com copied and distributed Hirsch's copyrighted Works in connection with Worldnetdaily.com's business for purposes of advertising and promoting Worldnetdaily.com's business, and in the course and scope of advertising and selling products and services.

20. Hirsch's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

21. Worldnetdaily.com committed copyright infringement of the Works as evidenced by the documents attached hereto as Exhibits 2 and 3.

22. Hirsch never gave Worldnetdaily.com permission or authority to copy, distribute or display the Works at issue in this case.

## COUNT I
## COPYRIGHT INFRINGEMENT

23. Plaintiff incorporates the allegations of paragraphs 1 through 22 of this Complaint as if fully set forth herein.

24. Hirsch owns a valid copyright in the Works at issue in this case.

25. Hirsch registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

26. Worldnetdaily.com copied, displayed, and distributed the Works at issue in this case and made derivatives of the Works without Hirsch's authorization in violation of 17 U.S.C. § 501.

27. Worldnetdaily.com performed the acts alleged in the course and scope of its business activities.

28. Hirsch has been damaged.

29. The harm caused to Hirsch has been irreparable.

WHEREFORE, the Plaintiff prays for judgment against the Defendant Worldnetdaily.com that:

a. Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b.    Defendant be required to pay Plaintiff his actual damages and Defendant's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

    c.    Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

    d.    Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

    e.    Plaintiff be awarded prejudgment interest; and

    f.    Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: December 17, 2018        Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
joel.rothman@sriplaw.com

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 North Federal Highway
Boca Raton, FL 33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Steven Hirsch*